[No. 4275–8–III.   Division Three.   June 22, 1982.]

*In the Matter of the Marriage of* ERNEST L. WILKS, *Respondent, and* CAROLYN J. WILKS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–07354–1, Donald N. Olson, J., entered October 29, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4697–4–III.   Division Three.   June 22, 1982.]

*In the Matter of* DEREK PARSON.

THE STATE OF WASHINGTON, *Respondent,* v. MICHELE PARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–7–00053–2, Cameron K. Hopkins, J. Pro Tem., entered June 24, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4128–0–III.   Division Three.   June 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. HENNESSY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–1–00309–2, Howard Hettinger, J., entered August 14, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.